IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ROBERT TART, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CIV-18-148-R |
| COMANCHE COUNTY DETETION CENTER, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered June 18, 2018. Doc. No. 14. Therein he recommended that Plaintiff's Complaint be dismissed for failure to state a claim upon which relief can be granted. No objection to the Report and Recommendation has been filed nor has Plaintiff sought an extension of time in which to object. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 13th day of July 2018.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE